NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME ADAPTIVE STREAMING LLC,**

*Plaintiff-Appellee*

**v.**

**SLING TV, L.L.C., SLING MEDIA, L.L.C., DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C.,**

*Defendants-Appellants*

**SLING MEDIA, INC., ECHOSTAR TECHNOLOGIES LLC,**

*Defendants*

---

2025-1529

---

Appeal from the United States District Court for the District of Colorado in No. 1:17-cv-02097-RBJ, Judge R. Brooke Jackson.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      REALTIME ADAPTIVE STREAMING LLC V. SLING TV, L.L.C.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 3, 2025
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 3, 2025